Krista S. Robinson, SBA No. 030868
Joel M. Mueller, SBA No. 029002
ROBINSON MUELLER, PLLC
202 E. Earll Drive, Suite 490
Phoenix, Arizona 85012-2698
Telephone: (602) 885-2627
krobinson@robinsonmueller.com
jmueller@robinsonmueller.com

*Attorneys for Plaintiff Nancy Albright-Neff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Nancy L. Albright-Neff**, | )<br>) |
| Plaintiff, | ) **Case No. 2:21 CV**<br>) |
| vs. | )<br>) **COMPLAINT AND** |
| | ) **DEMAND FOR JURY TRIAL** |
| **Advanced Technology Systems Company, Inc.**, a Virginia for-profit corporation; and **STARA Technologies Corporation,** a Virginia for-profit corporation, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | |

Plaintiff Nancy L. Albright-Neff ("Plaintiff"), by and through her undersigned counsel, files this Complaint and Demand for Jury Trial against the two Defendants, (1) Advanced Technology Systems Company, Inc. ("ATSC"), and (2) STARA Technologies Corporation ("STARA"), hereinafter collectively referred to as the

"Defendants", pursuant to Federal Rules of Civil Procedure ("FRCP") Rules 3, 7(a)1, 8(a), and 38(a & b):

### 1. Plaintiff's Two Claims

These claims arise from the termination of the employment of the Plaintiff by the Defendants on December 17, 2019:

1. Age Discrimination in Employment in violation of 29 U.S.C. 623(a)(1)
2. Sex Discrimination in Employment in violation of 42 U.S.C. 2000e-2(A) (Title VII of the Civil Rights Act of 1964)

### 2. Parties, Jurisdiction and Venue

**1.** Plaintiff Nancy L. Albright-Neff:

(A) Is an adult female who was born in March of 1958

(B) Is a resident of Maricopa County, Arizona

(C) Was at all times material to this Complaint an "employee" of the Defendants as that term is defined and used in 29 U.S.C. 630(f) and 42 U.S.C. 2000e-(f).

**2.** Defendant Advanced Technology Systems Company, Inc. is, and has been at all times material to this Complaint:

(A) A Virginia for-profit corporation

(B) Operating business in Maricopa County, Arizona where it employed the Plaintiff.

(C) The "employer" of the Plaintiff as that term is defined and used in 29 U.S.C. 630(b) and 42 U.S.C. 2000e(b).

**3.** Defendant STARA Technologies Corporation is, and has been at all times material to this Complaint:

(A) A Virginia for-profit corporation (ACC entity # F22575866)

(B) Maintaining and operating a business office and worksite in Maricopa County, Arizona where it employed the Plaintiff.

ROBINSON MUELLER, PLLC
202 E. Earll Drive., Suite 490
Phoenix, Arizona 85012
(602) 885-2627

(C)  The "employer" of the Plaintiff as that term is defined and used in 29 U.S.C. 630(b) and 42 U.S.C. 2000e(b).

**4.**  The Defendants, Advanced Technology Systems Company, Inc., and STARA Technologies Corporation, were at all times material to this Complaint (a) acting as the joint employers of the Plaintiff and had unified ownership and control, and (b) employing more than one hundred persons.

**5.** This Court has subject matter jurisdiction pursuant to 28 U.S.C. 1331 because both claims herein arise under the laws of the United States, and also pursuant to 28 U.S.C. 1343(a)(4) because both claims seek relief for civil rights violations. This Court also has specific jurisdiction for the Plaintiff's age discrimination claim pursuant to 29 U.S.C. 626(c)(1), and her sex discrimination claim pursuant to 42 U.S.C. 2000e-5(f)(3).

**6.** Based upon the foregoing facts, this Court is the correct venue for this action under 28 U.S.C. 1391(b).

### 3.  Fact Allegations Supporting Claims

**7.** In July of 2018, the Plaintiff was hired by STARA President Jim Williams ("President Williams") acting on behalf of the Defendants for the position of Business Development Director in its Maricopa County, Arizona office, after determining that she was well-qualified for the job.

**8.** The only other Arizona employee who did business development work for the Defendants was its Business Development Manager Christian Bohrnsen ("Mr. Borhnsen"), a substantially younger male employee.

**9.**  The Plaintiff was a loyal, competent, and dependable hard-working employee. Per her performance feedback from the Defendants, at all times she met or exceeded expectations and had no deficiencies or disciplinary matters.

**10.** The Plaintiff outperformed Mr. Bohrnsen by all relevant metrics.

ROBINSON MUELLER, PLLC
202 E. Earll Drive., Suite 490
Phoenix, Arizona 85012
(602) 885-2627

11. President Williams reported to the Defendants' corporate leadership in McLean, Virginia at ATSC.

12. The Plaintiff's superiors treated Plaintiff with less respect than their male employees. For example, she was yelled at or spoken over during meetings and treated in a dismissive manner in the presence of high-ranking government officials (customers of the Defendants government contracting business).

13. On August 19, 2019, Mr. Borhnsen was noticeably under the influence of alcohol at work. It was common knowledge in the office that Mr. Bohrnsen had been intoxicated at work on other occasions, and the Plaintiff had previously discussed the problem issue with President Williams.

14. On this particular occasion, Mr. Bohrnsen was found sleeping at his desk. He could not be awoken easily and smelled strongly of alcohol. Ultimately, President Williams and HR Manager Dante Vasquez drove Mr. Bohrnsen home. The Defendants were well aware of this incident, but no disciplinary or remedial action was taken against Mr. Bohrnsen.

15. On December 3, 2019, President Williams informed Plaintiff that Defendants were terminating her employment and that her last day would be December 17, 2019. She was told that the reason for her termination was the Defendants' decision to eliminate the local Business Development positions and consolidate all Business Development work at its Virginia headquarters.

16. This reason given by President Williams was a pretext for unlawful age and sex discrimination because the Defendants:

   (A) Continued to employ Mr. Bohrnsen in their local office;
   (B) Did not offer the Plaintiff a transfer to their Virginia headquarters so she could continue as a Business Development employee; and
   (C) Then posted Plaintiff's (former) job online with LinkedIn as an open position locally, seeking a replacement after firing the Plaintiff.

**17.** The Plaintiff was and is in very good health and planned to work for the Defendants until her 67th birthday when she could retire and receive a maximum social security retirement benefit.

**18.** The Defendants terminated Plaintiff because of her age and her sex, giving her a false reason for her unjustified termination, willfully discriminating against her in knowing violation of federal employment discrimination laws, while retaining Mr. Bohrnsen who had inferior qualifications and job performance compared her and who had a history of intoxication in the workplace.

**19.** The Plaintiff should be awarded punitive damages because of the Defendants willful and dishonest violation of Title VII (sex discrimination).

**20.** As the direct and proximate result of the conduct of Defendants in terminating Plaintiff, she has suffered damages including, inter alia, lost wages from the loss of her job, a reduced standard of living and loss of employee benefits, worry about how she would support herself while unemployed, and sadness, embarrassment, humiliation and emotional distress from the sudden and unexpected loss of her job which she enjoyed and performed well.

### 4.  Exhaustion of Administrative Remedies through the EEOC

**21.** Based upon the foregoing, the Plaintiff filed the following charges of employment discrimination based upon age and sex with the United States Equal Employment Opportunity Commission ("EEOC") on May 20, 2020:

(A) Charge # 540-2020-03082 against Defendant Advanced Technology Systems Company, Inc.  A true copy is attached as Exhibit 1 and incorporated herein by reference pursuant to FRCP Rule 10(c).

(B) Charge # 540-2020-02446 against Defendant STARA Technologies Corporation.  A true copy is attached as Exhibit 2 and incorporated herein by reference pursuant to FRCP Rule 10(c).

ROBINSON MUELLER, PLLC
202 E. Earll Drive., Suite 490
Phoenix, Arizona 85012
(602) 885-2627

**22.** On January 28, 2021, the EEOC issued its notices of right to sue for both charges supra, and mailed the notices to the Plaintiff. This Complaint is filed within ninety days of her receipt of the notices in the mail. True Copies of the notices are attached as Exhibits 3 and 4 and incorporated herein by reference pursuant to FRCP Rule 10(c).

### 5. Demand for Trial by Jury

Plaintiff Albright-Neff requests a trial by jury pursuant to the U.S. Constitution Seventh Amendment, FRCP Rule 38, 29 U.S.C. 626(c)2, and 42 U.S.C. 1981a(c).

### 6. Relief Requested

Based upon the foregoing, Plaintiff Albright-Neff requests judgment and orders granting her the following relief against both Defendants, jointly and severally:

**COUNT ONE: 29 U.S.C. 623(a)(1)**
Age Discrimination in Employment

1. Lost past and future income damages including the value of lost employee benefits
2. Liquidated damages, pursuant to 29 U.S.C. 626(b) and 29 U.S,C. 216(b).
3. Equitable relief pursuant to 29 U.S.C. 626(b)
4. Attorneys' fees and "costs of the action" required by 29 U.S.C. 626(b) and 29 U.S.C. 216(b), pursuant to FRCP Rules 54(d)(2) and 54(d)(1)

**COUNT TWO: 42 U.S.C. 2000e-2(a)**
Employment discrimination on the basis of sex (female)

1. Compensatory damages in an amount to be determined by the trier-of-fact as provided by 42 U.S.C. 1981a

2. Punitive damages in an amount to be determined by the trier-of-fact as provided by 42 U.S.C. 1981a

3. Injunctive relief pursuant to 42 U.S.C. 2000e-5(g)

4. Reasonable attorney's fees and expert fees, pursuant to FRCP Rule 54(d)(2), and 42 U.S.C. 2000e-5(k)

5. Taxable costs pursuant to FRCP Rule 54(d)(1), and 28 U.S.C 1920.

Respectfully submitted this 29th day of April 2021.

ROBINSON MUELLER, PLLC

By: __/s/ Krista S. Robinson__

Krista S. Robinson, Esq.,
Joel M. Mueller, Esq.
202 E. Earll Drive, Suite 490
Phoenix, Arizona 85012
*Attorneys for Plaintiff*

**Four Attached Exhibits**

1. EEOC charge # 540-2020-03082 (May 20, 2020)
2. EEOC charge # 540-2020-02446 (May 20, 2020)
3. EEOC notice of right to sue for charge # 540-2020-03082 (January 28, 2021)
4. EEOC notice of right to sue for charge # 540-2020-02446 (January 28, 2021)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ROBINSON MUELLER, PLLC**
202 E. Earll Drive., Suite 490
Phoenix, Arizona 85012
(602) 885-2627

# Exhibit 1

**EEOC charge # 540-2020-03082 (May 20, 2020)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 2

## EEOC charge # 540-2020-02446 (May 20, 2020)

**ROBINSON MUELLER, PLLC**
202 E. Earll Drive., Suite 490
Phoenix, Arizona 85012
(602) 885-2627

# Exhibit 3

# EEOC notice of right to sue for charge # 540-2020-03082 (January 28, 2021)

# Exhibit 4

# EEOC notice of right to sue for charge # 540-2020-02446 (January 28, 2021)